# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**330**

**KA 11-00251**

PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                       MEMORANDUM AND ORDER

JOSHUA P. REID, DEFENDANT-APPELLANT.

---

DAVID J. FARRUGIA, PUBLIC DEFENDER, LOCKPORT (JOSEPH G. FRAZIER OF COUNSEL), FOR DEFENDANT-APPELLANT.

MICHAEL J. VIOLANTE, DISTRICT ATTORNEY, LOCKPORT (THOMAS H. BRANDT OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------

        Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered January 5, 2011.  The judgment convicted defendant, upon a nonjury verdict, of criminal sexual act in the third degree and endangering the welfare of a child.

        It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

        Memorandum:  Defendant appeals from a judgment convicting him, upon a nonjury verdict, of criminal sexual act in the third degree (Penal Law § 130.40 [2]) and endangering the welfare of a child (§ 260.10 [1]).  Contrary to defendant's contention, the evidence is legally sufficient to support the conviction.  Based on the testimony and evidence presented at trial, there is a "valid line of reasoning and permissible inferences which could lead a rational person to the conclusion reached by [County Court]" (*People v Bleakley*, 69 NY2d 490, 495).  Viewing the evidence in light of the elements of the crimes in this nonjury trial (*see People v Danielson*, 9 NY3d 342, 349), we reject defendant's further contention that the verdict is against the weight of the evidence (*see generally Bleakley*, 69 NY2d at 495).  Finally, the sentence is not unduly harsh or severe.

Entered:  March 16, 2012                          Frances E. Cafarell
                                                   Clerk of the Court